1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ANDREW S. HUANG (CABN 193730)
   Assistant United States Attorney
5      1301 Clay Street, Suite 340S
       Oakland, CA 94612
6      Telephone: (510) 637-3680
       Fax: (510) 637-3724
7      E-Mail: andrew.huang@usdoj.gov

8  Attorneys for the United States of America

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                          OAKLAND DIVISION
12

13  UNITED STATES OF AMERICA,          )    No. CR 10-00078 PJH
                                       )    (W.D. Mich. No. 1:09-CR-45)
14          Plaintiff,                 )
                                       )
15  v.                                 )    [PROPOSED] ORDER TO EXCLUDE
                                       )    TIME UNDER THE SPEEDY TRIAL ACT
16  CYNTHIA D. WILLIAMS,               )
                                       )
17          Defendant.                 )
                                       )
    _____)
18

19          For the reasons stated in open court and to which the parties stipulated on March 31,

20  2010, including defense counsel's scheduled absence from the country and the defense's

21  anticipated receipt of five boxes of discovery from defense counsel in the Western District of

22  Michigan, the Court ordered time excluded under the Speedy Trial Act from March 31, 2010 to

23  June 18, 2010 to enable defense counsel to investigate the matter, including review of discovery,

24  and advise her client in light of the government's offer to resolve the case by plea agreement.

25  The Court found that (A) failure to grant the continuance would unreasonably deny defendant

26  continuity of counsel and defense counsel the reasonable time necessary for effective

27  //

28  //

preparation, taking into account the exercise of due diligence, and (B) the ends of justice served

by the continuance outweigh the best interests of the public and the defendant in a speedy trial.

See 18 U.S.C. § 3161(h)(1)(7)(A) & (B)(iv).

**IT IS SO ORDERED.**

DATED: ___April 5, 2010_____            _____
                                           LAUREL BEELER
                                           United States Magistrate Judge

[PROP'D] ORD. EXCL. TIME UNDER SPEEDY TRIAL ACT
NO. CR 10-00078 PJH                    2