JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW S. HUANG (CABN 193730)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: andrew.huang@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> CYNTHIA DENISE WILLIAMS, <br>     Defendant. | No. CR 10-00078 CW <br> (W.D. Mich. No. 1:09-CR-45) <br><br> [~~PROPOSED~~] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

    For the reasons stated in open court and to which the parties stipulated on June 18, 2010, the Court ordered time excluded under the Speedy Trial Act from June 18, 2010 through June 29, 2010 to enable defense counsel to further investigate and counsel her client on the matter, including issues of venue in light of the government's offer to resolve the case by plea agreement. The Court found that (A) failure to grant the continuance would unreasonably deny defendant continuity of counsel, and (B) the ends

//

//

//

1  of justice served by the continuance outweigh the best interests of the public and the
2  defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).
3  **IT IS SO ORDERED.**
4
5  DATED: 7/7/10 
6  Hon. DONNA M. RYU
   United States Magistrate Judge