IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CYNTHIA DENISE WILLIAMS,<br><br>    Defendant.<br>_____/ | No.10-00078 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING GUILTY PLEA |

    The Court has reviewed Magistrate Judge Ryu's Report and Recommendation Regarding Guilty Plea and adopts the Recommendation in every respect.  Accordingly,

    Defendant Cynthia Denise Williams' plea of guilty is accepted by the Court as to Count (1) One of the Second Superseding Indictment charging Defendant Cynthia Denise Williams with conspiracy to commit identity theft, wire fraud, and bank fraud in violation of 18 U.S.C. §§ 371 and 1349.  Sentencing is set for Wednesday, October 13, 2010 at 2:30 p.m.  The Defendant is referred to the U.S. Probation Office for preparation of a Presentence Report.

Dated: 7/14/2010

                                           CLAUDIA WILKEN
                                           United States District Judge

cc:  DMR; Sue